# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT _CHATTANOOGA_

FILED

DEC 10 2015

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

_DEREKE A. SILVERS_ )
)
)
)
)
_____ )
Name of plaintiff(s) )
)
v. ) Case No. _1:15-cv-334_
) (to be assigned by Clerk)
_KENCO LOGISITIC_ )
) (Mattice/Steger)
)
)
_SERVICES, L.L.C._ )
Name of defendant(s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_Petitioner's rights under Title VII of the Civil Rights Act were violated due to discrimination in regards to disciplining, discharging and assignment of work._

2. Plaintiff _Dereke A. Silvers_ resides at
_3984 Arbor Place Lane_, _Chattanooga_
street address / city

_Hamilton_   _Tennessee_   _37416_   _423-693-7310_
county       state         zip code  telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, __KENCO LOGISTIC SERVICES, LLC__ lives at, or its business is located at __650 Wauhatchie Park__ __Chattanooga,__
street address / city
__Hamilton__, __Tennessee__, __37416__.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

_____
_____
_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

After a complaint was filed by Petitioner for "Racial Slurs" a campaign of Work Place Bullying and discrimination began.

The hardest work assignments were given to me in hopes of making Petitioner quit the job, the complaint process was mishandled and ignored as Petitioner brought numberous complaints as the incidents mounted in and around Petitioner. When I filed my complaint against a co-worker I was singled out and even told that I should learn to "stay in place" by management.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. $300,000 in punitive damages

b. Jury demand

c.

d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 8th day of December, 20 15.

Dereke A. Silvers
Derike A. Silvers

Signature of plaintiff (s)

3

## Certificate of Services

I hereby certify that a true and correct copy of the following pleading was served on the following person(s):

KENCO LOGISTIC SERVICES LLC
650 Wauhatchie Pk.
Chattanooga, TN. 37416

by depositing same in the United States mail this 8th day of December 2015.

*Dereke A. Silvers* (signature)

DEREKE A. SILVERS
3984 Arbor Place Ln.
Chattanooga, TN. 37416
423-693-7310

This day 8th of December 2015