UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DEREKE A. SILVERS, )
)
    Plaintiff, )
)
v. ) Case No. 1:15-cv-334-HSM-CHS
)
KENCO LOGISTIC SERVICES, LLC, )
)
    Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Parties and jointly stipulate that they have settled the claims made in the complaint, and so this cause may be dismissed with prejudice. Each party will bear its own costs, expenses, and attorney's fees. An Agreed Order is attached.

Respectfully submitted,

By: _/s/ Dereke A. Silvers_
Dereke A. Silvers

3984 Arbor Place Lane
Chattanooga, TN 37416
Telephone: (423) 771-3892

Plaintiff (proceeding *pro se*)

By: _____
J. Y. Elliott, III
TN BPR No. 017344

2001 Riverside Drive
Chattanooga, TN 37406
Telephone: (423) 643-3398
Facsimile: (423) 622-6866
jay.elliott@kencogroup.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DEREKE A. SILVERS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 1:15-cv-334-HSM-CHS |
| KENCO LOGISTIC SERVICES, LLC, | ) ) ) |
|     Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having been informed by the parties' Joint Stipulation of Dismissal with Prejudice that the claims made in the Complaint have been settled, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, expenses, and attorney's fees.

_____
U.S. DISTRICT COURT JUDGE